IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | SW 07-0289 GGH |
| vs. | |
| 1512 El Camino Avenue, Suite C, Sacramento, CA, et al., | |
| Defendant. | ORDER |

Unless and until further order of the court issues, any patient medical information, including prescriptions, which has been seized under the authority of this warrant, shall be used solely for the purposes of this potential case, and shall not be publicly disseminated. Submission of documents to the grand jury is not considered "public dissemination." The United States Attorney shall retain such medical information in a secure location.

DATED: 9/26/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

07sw289.ord

1